### WINKLES v. SIMPSON GROCERY COMPANY.

HOLDEN, J. The neglect of a party excepting to an auditor's report on matters of fact, or on matters of law dependent for their decision upon the evidence, to set forth, in connection with each exception of law or of fact, the evidence necessary to be considered in passing thereon, or to point out the same by appropriate reference, or to attach as exhibits to his exceptions those portions of the evidence relied on to support the exceptions, is a sufficient reason, in an equity case, for refusing to approve the exceptions of fact and for overruling the exceptions of law. *Orr* v. *Cooledge*, 125 *Ga.* 496 (54 S. E. 618).

<em>Judgment affirmed. All the Justices concur.</em>

Argued July 21, 1908.—Decided February 11, 1909.

Exceptions to auditor's report. Before Judge Edwards. Polk superior court. September 3, 1907.

*Bunn & Bunn, J. K. Davis,* and *W. H. Trawick,* for plaintiff.
*W. K. Fielder* and *Mundy & Mundy,* for defendant.